914

No. 82–1257. RANDALL DIVISION OF TEXTRON, INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 8th Cir. Certiorari denied.

No. 82–1263. KENDRICK *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 82–1304. MONTGOMERY WARD & CO., INC. *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 7th Cir. Certiorari denied.

No. 82–1320. FIDELITY SAVINGS & LOAN ASSN. *v.* FEDERAL HOME LOAN BANK BOARD ET AL. C. A. 9th Cir. Certiorari denied.

No. 82–1334. CEDAR POINT INVESTMENT CORP. ET AL. *v.* CEDAR POINT APARTMENTS, LTD., ET AL. C. A. 8th Cir. Certiorari denied.

No. 82–1338. HUNTER ET AL. *v.* MAXIE. Sup. Ct. Alaska. Certiorari denied.

No. 82–1410. MILLIKEN RESEARCH CORP. ET AL. *v.* BURLINGTON INDUSTRIES, INC., ET AL.; and

No. 82–1421. MILLIKEN & CO. *v.* BURLINGTON INDUSTRIES, INC. C. A. 4th Cir. Certiorari denied. Reported below: 690 F. 2d 380.

No. 82–1451. PRESTON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 82–1488. NEWTON *v.* FEDERAL BARGE LINES, INC. C. A. 7th Cir. Certiorari denied.

No. 82–1492. HERITAGE PRODUCTS, INC., ET AL. *v.* EDLEE, INC., ET AL. Ct. App. Ky. Certiorari denied.

No. 82–1495. KING *v.* MONTGOMERY COUNTY, MARYLAND. Ct. App. Md. Certiorari denied.